UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALINA G KALINCHEVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSE NEUBARTH,<br><br>　　　　Defendant. | Case No. 13-cv-03212-SI<br><br>**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO REOPEN CASE**<br><br>Re: Dkt. No. 31 |

On July 11, 2013, plaintiff Magdalina Kalincheva filed this action in the Northern District of California against Jesse Neubarth. Dkt. No. 1. On July 30, 2013, this Court transferred the action to the Eastern District of California, because venue in the Northern District was improper. Dkt. No. 14. On February 21, 2014, the district court in the Eastern District of California dismissed the action and entered judgment against plaintiff. *Kalincheva v. Neubarth*, No. 2:13-cv-1601, Dkt. Nos. 17, 18 (E.D. Cal. Feb. 21, 2014).

Plaintiff has now filed, in the Northern District, a second emergency motion to reopen this case. Dkt. No. 31. As the Court explained in dismissing plaintiff's first emergency motion to reopen this case, this Court does lacks jurisdiction over plaintiff's case, which was transferred to, litigated in and dismissed by the Eastern District. Dkt. No. 28. The Court hereby **DENIES** plaintiff's motion.

**IT IS SO ORDERED**.

Dated: March 23, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge