UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALINA G KALINCHEVA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE NEUBARTH,<br><br>Defendant. | Case No. 13-cv-03212-SI<br><br>**ORDER DENYING EMERGENCY MOTION TO STAY**<br><br>Re: Dkt. No. 41 |

On June 2, 2021, the plaintiff filed an "EMERGENCY MOTION TO STAY ILLEGAL RICO KERN 'DISSOLUTION' HOAX # S1501FL629640 PENDING REMOVAL." Dkt. No. 41.

Plaintiff's motion is DENIED. Plaintiff's case was closed for lack of jurisdiction. Dkt. No. 28. The Court advises plaintiff that **no further filings will be accepted in this closed case**.

**IT IS SO ORDERED**.

Dated: June 4, 2021

_____
SUSAN ILLSTON
United States District Judge